1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Defendants
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11
   DING CHANG YU,                        )
12                                        )  No. C 09-1008 PVT
                 Plaintiff,               )
13                                        )
              v.                          )  **STIPULATION TO DISMISS; AND**
14                                        )  **[PROPOSED] ORDER**
   Attorney General of the United States, )
15 MICHAEL MUKASEY;                       )
   U.S. Department of Homeland Security,  )
16 MICHAEL CHERTOFF, Secretary;           )
   U.S. Citizenship and Immigration Services, )
17 ANITA ERFAN, Director of San Jose Office; )
   U.S. Citizenship and Immigration Services, )
18 JONATHAN "JOCK" SCHARFEN, Director;    )
   and Federal Bureau of Investigation,   )
19 ROBERT S. MUELLER III, Director,       )
                                          )
20               Defendants.              )
   _____ )
21

22     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

23 of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

24 action without prejudice to renewal in light of the fact that the United States Citizenship and

25 Immigration Services agrees, barring any unforeseen circumstances, to adjudicate Plaintiff's

26 application within 30 days of a full and complete interview with Plaintiff's mother, Yong Yi Ou.

27 Plaintiff agrees that his mother will request and appear for an interview with USCIS when she is

28 physically and mentally able.

   Stipulation to Dismiss
   C 09-1008 PVT                    1

1   Each of the parties shall bear their own costs and fees.

2   Dated: June 24, 2009                                Respectfully submitted,

3                                                       JOSEPH P. RUSSONIELLO
                                                        United States Attorney

4

5   _____/s/_____

6                                                       ILA C. DEISS[1]
                                                        Assistant United States Attorney

7                                                       Attorneys for Defendants

8   Dated: June 24, 2009                    _____/s/_____

9                                                       MING JI
                                                        HE LU

10                                                      Attorneys for Plaintiff

11

12                                   **ORDER**

13
        Pursuant to stipulation, IT IS SO ORDERED.

14

15

16  Date:   6/24/09                        _____

17                                                      PATRICIA V. TRUMULL
                                                        United States Magistrate Judge

18

19

20

21

22

23

24

25

26  _____

27      [1]I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
    indicated by a "conformed" signature (/s/) within this efiled document.

28
    Stipulation to Dismiss
    C 09-1008 PVT                          2